DAVID G. HALM, ESQ., SBN: 179957
David.Halm@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
500 N. Brand Boulevard, Suite 1650
Glendale, California 91203
Telephone: 213.486.0048
Facsimile: 213.486.0049

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JUDY RICE,<br><br>   Plaintiff,<br><br>vs.<br><br>TARGET, TARGET CORPORATION and DOES 1 TO 100, Inclusive,<br><br>   Defendants. | **Case No. 8:20-cv-01495 JLS (DFMx)**<br><br>District Judge: Hon. Josephine L. Staton<br>Magistrate Judge: Douglas F. McCormick<br><br>**NOTICE OF SETTLEMENT**<br><br>State Court Action Filed: May 26, 2020<br>Removal Date: August 10, 2020<br><br>Final Pre-Trial Conference: February 4, 22 |

TO THE HONORABLE COURT:

Notice is hereby given that Plaintiff JUDY RICE ("Plaintiff") and Defendant TARGET CORPORATION (and with Plaintiff, the "Parties") have reached a settlement of each of Plaintiff's claims asserted in this lawsuit. The Parties anticipate the settlement will be finalized within the next 90 days. The Parties respectfully request that the Court vacate all upcoming motion, hearing, pretrial and trial dates and deadlines pending finalization of the settlement.

///

///

NOTICE OF SETTLEMENT

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | Dated: September 28, 2021 | LAW OFFICES OF CHAMBERS & NORONHA |

Dated: September 28, 2021    LAW OFFICES OF
                                                          CHAMBERS & NORONHA

*/s/ Garrett R. Chambers*
By: Garrett R. Chambers, Esq.
Attorneys for Plaintiff JUDY RICE

Dated: September 28, 2021    QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


*/s/ David G. Halm*
By: David G. Halm, Esq.
Attorneys for Defendant TARGET CORPORATION

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**PROOF OF SERVICE**
*Judy Rice v. Target Corporation, et al*
United States District Court Central District of California
Court Case No.: 8:20-cv-1495 JLS (DFMx)
Client/Matter: 155657

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 At the time of service, I was over 18 years of age and not a party to the action. My business address is 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203.

 On September 28, 2021, I served the following document described as **NOTICE OF SETTLEMENT** on the following persons at the following address:

**SEE ATTACHED SERVICE LIST**

☒  **BY ELECTRONIC SERVICE:** I caused the above-entitled document(s) to be served via E-mail to the E-mail addresses on the attached Service List. The document(s) is not being served by U.S. mail due to the COVID-19 coronavirus National Emergency and stay-at-home orders. Electronic service is being made pursuant to an agreement with all parties and pursuant to California Code of Civil Procedure § 1010.6. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2021, at Glendale, California.

            */s/ Liseth Gonzalez*
            LISETH GONZALEZ

2
NOTICE OF SETTLEMENT

# SERVICE LIST

*Judy Rice v. Target Corporation, et al*
United States District Court Central District of California
Court Case No.: 8:20-cv-1495 JLS (DFMx)
Client/Matter: 155657

| | |
|---|---|
| GARRETT R. CHAMBERS, CHANTELL CERVANTES-CHAMBERS<br>LAW OFFICES OF CHAMBERS & NORONHA<br>2070 NORTH TUSTIN AVENUE<br>SANTA ANA, CALIFORNIA 92705<br>T: (714) 558-1400<br>Email: grchambers@cnlegalgroup.com<br>balcala@cnlegalgroup.com<br>cpcervantes@cnlegalgroup.com | ATTORNEYS FOR PLAINTIFF JUDY RICE |