# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY RICE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET, TARGET CORPORATION and DOES 1 TO 100, Inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-01495 JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (Doc. 22)** |

On November 3, 2021, the parties jointly submitted a Stipulation of Dismissal (Doc. 22), dismissing this entire action and claims herein, with prejudice. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 03, 2021

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE